1

2

3

4

5

6

7

8                           **IN THE UNITED STATES DISTRICT COURT**

9                       **FOR THE EASTERN DISTRICT OF CALIFORNIA**

10

11   IVAN TORRES PONCE,                              CASE NO. CV F 09-2186 LJO SKO

12                          Plaintiffs,             **ORDER TO DISMISS AND CLOSE ACTION**

13        vs.

14   ERIC HOLDER, JR., United States Attorney
     General,
15
                          Defendants.
16   _____/

17

18        This is an immigration case in which plaintiff challenged the denial of his naturalization

19   application.  On April 23, 2010, the parties filed a stipulation to dismiss this action with prejudice (Doc.

20   16).  Pursuant to Fed. R. Civ. P. 41, this Court DISMISSES this action, VACATES all pending dates

21   (including the February 24, 2011 pretrial conference and April 18, 2011 court trial) and DIRECTS the

22   clerk to close this action.

23        IT IS SO ORDERED.

24   **Dated:    April 26, 2010**              _____/s/ Lawrence J. O'Neill_____
                                              UNITED STATES DISTRICT JUDGE
25

26

27

28

                                              1